**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA : 
: 
v. : CRIMINAL NO. 20-cr-00326
: 
: 
OMAR ORENGO-PACHECO, ET. AL., :

**ORDER**

**AND NOW**, this 8th day of July, 2026, upon consideration of Omar Orengo-Pacheco's

Motion for Compassionate Release (ECF No. 126) and the Government's Response in Opposition

to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No.

134), **IT IS HEREBY ORDERED** that the Motion (ECF No. 126) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge